IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEITH WROMAS, JR.,**

*Plaintiff*,

v.                                        Case No.: 3:25cv1322-MW/HTC

**SERGEANT BANKER, et al.,**

*Defendants*.

_____/

**ORDER ACCEPTING IN PART AND REJECTING IN PART
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Instead of filing objections, a *pro se* "motion to supplement complaint," ECF No. 7, which this Court construes as a motion for leave to amend, has been docketed in this case. To the extent this motion may have been docketed in the wrong case, this Court, in an abundance of caution, directs the Clerk to also docket the motion, ECF No. 7, in Case No.: 3:25cv1519.

In the event Plaintiff makes a belated attempt to cure his failure to honestly disclose his litigation history by seeking leave to amend in this case, his motion is too little, too late. This Court will not encourage parties—particularly frequent filers who are well-versed with the rules—to violate the Local Rules without sanction. Instead, this Court exercises its discretion to dismiss this action based on its inherent

authority to control its docket without permitting the amendment. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted in part, insofar as this Court exercises its inherent authority to manage its docket and dismiss Plaintiff's case for failure to honestly disclose his litigation history.** The balance of the report and recommendation is **rejected.** Plaintiff's motion for leave to amend, ECF No. 7, is **DENIED.** The Clerk shall also docket the letter filed at ECF No. 7 in Case No.: 3:25cv1519. Finally, the Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the local rules, based on Plaintiff's failure to truthfully disclose his prior litigation history," and close the file.

**SO ORDERED on September 9, 2025.**

                                     **s/Mark E. Walker**
                                     **United States District Judge**